MELINDA HAAG (CSBN 132612)
United States Attorney
MIRANDA KANE (CSBN 150630)
Chief, Criminal Division
NATALIE K. WIGHT (ORSBN 35576)
Assistant United States Attorney
    450 Golden Gate Avenue, 11th Floor
    San Francisco, CA 94102
    Telephone: 415.436.6937
    Facsimile: 415.436.7234
    Email: natalie.wight@usdoj.gov

Attorneys for United States of America

GARY C. COOPER (CSBN 98070)
Law Offices of Gary C. Cooper
    247 Yale Avenue
    Kensington, California 94708
    Telephone: 510.665.5555
    Facsimile: 510.665.4109
    Email: gcc@gcooperlaw.com

Attorney for Claimants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> ONE SALTWATER CROCODILE ) <br> (CROCODYLUS POROSUS) HERMES ) <br> DESIGNER HANDBAG, ) <br> ) <br> Defendant, ) <br> ) | 10-CV-02696 SBA <br><br> **ORDER** <br> **STAYING FORFEITURE PROCEEDING** <br> **PURSUANT TO 18 U.S.C. § 981(g)** |

    UPON CONSIDERATION of the Joint Stipulation to Stay Forfeiture Proceeding, the entire record, and for good cause shown, it is by the Court

    ORDERED that the instant case be, and hereby is, STAYED, pursuant to

//

18 U.S.C. § 981(g).  Accordingly, the telephonic Case Management Conference scheduled for January 26, 2011, at 2:45 p.m. is hereby vacated, and rescheduled to May 26, 2011 at 2:45 p.m.  The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference  that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court.  Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call.  All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

     IT IS SO ORDERED.

 1/18/11  
DATED                         HONORABLE SAUNDRA B. ARMSTRONG  
                                     United States District Judge