MELINDA HAAG (CSBN 132612)
United States Attorney
MIRANDA KANE (CSBN 150630)
Chief, Criminal Division
NATALIE K. WIGHT (ORBN 35576)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone: 415.436.6937
    Facsimile: 415.436.7234
    Email: natalie.wight@usdoj.gov

Attorneys for United States of America

GARY C. COOPER (CSBN 98070)
Law Offices of Gary C. Cooper
    247 Yale Avenue
    Kensington, California 94708
    Telephone: 510.665.5555
    Facsimile: 510.665.4109
    Email: gcc@gcooperlaw.com

Attorney for Claimants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 10-CV-02696 SBA |
|                 Plaintiff, | ) | |
| v. | ) | |
| ONE SALTWATER CROCODILE (CROCODYLUS POROSUS) HERMES DESIGNER HANDBAG, | ) | JOINT REQUEST AND ORDER TO CONTINUE STAY AND RESCHEDULE CMC |
|                 Defendant, | ) | |
| GOH TEK TING AND ALEXIS AIKEN | ) | |
|                 Claimants. | ) | |

The plaintiff United States of America and claimants Goh Tek Ting and Alexis Aiken, through undersigned counsel, hereby request to continue the Stay of the civil forfeiture proceedings, as ordered by the Court on January 18, 2011, as there is a related criminal investigation that is currently open and on-going.  Accordingly, the parties request that the Court vacate the

telephonic Case Management Conference currently scheduled for May 26, 2011, at 2:45 p.m., and reschedule the telephonic Case Management Conference for August 25, 2011, or as soon thereafter as the matter may be heard by the Court.

| | |
|---|---|
| IT IS SO STIPULATED. | MELINDA HAAG<br>United States Attorney |
| Dated: May 16, 2011 | /s/<br>NATALIE K. WIGHT<br>Assistant United States Attorney |
| Dated: May 16, 2011 | /s/<br>GARY C. COOPER<br>Attorney for Claimants, Ting and Aiken |

### ORDER

Pursuant to the Stipulation between the parties and for good cause shown, the telephonic Case Management Conference scheduled for Thursday May 26, 2011, at 2:45 p.m. is hereby vacated. The telephonic Case Management Conference is hereby rescheduled for **September 7, 2011 at 2:30 p.m**. The parties shall **meet and confer** prior to the conference and shall prepare a Joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District of California and the Standing Order of this Court. Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

_5/24/11_  
DATED  

THE HONORABLE SAUNDRA B. ARMSTRONG  
United States District Judge

Stip. to Cont. Stay and Reschedule CMC  
No. 10-CV-02696 SBA                                2