UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>ONE SALTWATER CROCODILE (<u>CROCODYLUS POROUS</u>) HERMES DESIGNER HANDBAG,<br><br>        Defendant. | Case No:  CV  10-2696 SBA<br><br>**ORDER STAYING ACTION**<br><br>Docket 24 |

Pursuant to the stipulation of the parties (Dkt. 24),

IT IS HEREBY ORDERED THAT the instant action is STAYED and administratively closed during the pendency of the ongoing criminal investigation.  Any party may seek to reopen the case by filing a written request with the Court to reopen the action and schedule a case management conference.  All pending dates are vacated pending further order of the Court.

IT IS SO ORDERED.

Dated:  September 6, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge